IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED IN OPEN COURT.
DATE: 10-05-05
TIME: 10:00 AM
INITIALS: E

UNITED STATES OF AMERICA

V.   Cr. No. 05-20337-Ml

ORRECO LYONS

## ORDER SPECIFYING
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Counsel for the defendant was unable to appear for arraignment today due to a religious holiday. **The arraignment has been RESET to Wednesday, October 12, 2005 at 10:00 a.m. before Magistrate Judge Tu Pham.** Time is excluded from October 5, 2005 to October 12, 2005. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Court finds that the grounds for this delay justify excluding the period of October 5, 2005 to October 12, 2005 as excludable delay under Title 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: October 05, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20337 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT